FILED
2005 Jan-07 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GLENN MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 02-LSC-RRA-8063-S |
| ) | CRIMINAL ACTION NO. 00-N-0347-S |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this motion to vacate, set aside, or correct is due to be denied. An appropriate order will be entered.

Done this   7th   day of January 2005.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE