FILED
2005 Jan-07 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLENN MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 02-LSC-RRA-8063-S |
| ) | CRIMINAL ACTION NO. 00-N-0347-S |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

In accord with the Memorandum Opinion entered contemporaneously herewith, the motion to vacate, set aside, or correct is DENIED.

Costs are taxed to movant.

Done this  7th   day of January 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE